PHILLIP A. TALBERT
United States Attorney
MIRIAM R. HINMAN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

FILED
Mar 03, 2022
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**SEALED**

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GAL YIFRACH, NICK SHKOLNIK, aka Nickita Shkolnik, SHALOM IFRAH, and SCHNEUR ZALMAN GETZEL ROSENFELD,<br><br>Defendants. | CASE NO. 2:22-cr-0046 TLN<br><br>ORDER TO SEAL<br><br>(UNDER SEAL) |

The Court hereby orders that the Indictment, the Petition of Assistant U.S. Attorney Miriam R. Hinman, to Seal Indictment, and this Order, in the above-referenced case, shall be sealed until the arrest of the defendants or until further order of the Court.

Dated: March 3, 2022

Hon. Jeremy D. Peterson
U.S. MAGISTRATE JUDGE

PETITION TO SEAL INDICTMENT AND [PROPOSED] ORDER

3