PHILLIP A. TALBERT
United States Attorney
MIRIAM R. HINMAN
KEVIN C. KHASIGIAN
Assistant U.S. Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:22-CR-0046 TLN |
|---|---|
| Plaintiff, | |
| v. | NOTICE OF RECORDING OF LIS PENDENS |
| GAL YIFRACH, NICK SHKOLNIK, aka Nickita Shkolnik, SHALOM IFRAH, and SCHNEUR ZALMAN GETZEL ROSENFELD, | |
| Defendants. | |

NOTICE IS HEREBY GIVEN that on March 7, 2022, the United States recorded a Lis Pendens with the Los Angeles County Recorder, as Document Number 0220262134, for real property located at 806 N. Genessee Avenue, Los Angeles, California, Los Angeles County, APN: 5527-005-003. A copy of the recorded lis pendens is attached hereto as Exhibit A.

Dated: 3/11/2022

PHILLIP A. TALBERT
United States Attorney

By: /s/ Kevin C. Khasigian
KEVIN C. KHASIGIAN
Assistant U.S. Attorney

1

# EXHIBIT A

**This page is part of your document - DO NOT DISCARD**



## 20220262134



**Pages:**
**0005**

Recorded/Filed in Official Records
Recorder's Office, Los Angeles County,
California

**03/07/22 AT 03:00PM**

| | |
|---|---:|
| FEES: | 29.00 |
| TAXES: | 0.00 |
| OTHER: | 0.00 |
| PAID: | 29.00 |



**L E A D S H E E T**



202203070170163

**00022037875**



013213437

SEQ:
01

SECURE - Daily



**THIS FORM IS NOT TO BE DUPLICATED**

Yifrach

*E502868*

FOR REFERENCE ONLY: 20220262134

| | |
|---|---|
| **Recording Requested by:**<br>UNITED STATES | |
| **Original prepared by:** | |
| NAME: | United States Attorney's Office<br>Attn: Asset Forfeiture Unit |
| ADDRESS<br>CITY,<br>STATE, ZIP | 501 I Street, Suite 10-100<br>Sacramento, California 95814<br>(916) 554-2732 |

☐ Exempt from fees per Government Code Sections 6103 and 27383

☑ Exempt from SB2 fees per Government Code Section 27388.1(a)(2)(D)

PHILLIP A. TALBERT
United States Attorney
MIRIAM R. HINMAN
KEVIN C. KHASIGIAN
Assistant U.S. Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> GAL YIFRACH, <br> NICK SHKOLNIK, <br> aka Nickita Shkolnik, <br> SHALOM IFRAH, and <br> SCHNEUR ZALMAN GETZEL ROSENFELD, <br><br> Defendants. | 2:22-CR-0046 TLN <br><br> LIS PENDENS <br> NOTICE OF PENDING ACTION <br> [C.C.P. § 405] <br><br> Recorded Owners: <br> Shalom S. Ifrah and Gal Yifrach |

NOTICE IS HEREBY GIVEN, pursuant to Section 405 of the California Code of Civil Procedure, that the above-entitled action concerns and affects the following real property located at 806 N. Genessee Avenue, Los Angeles, California, Los Angeles County, APN: 5527-005-003 ("defendant property") and more fully described as:

Real property in the City of Los Angeles, County of Los Angeles, State of California, described as follows:

LOT 149 OF TRACT 4849, IN THE CITY OF LOS ANGELES AS PER MAP RECORDED IN BOOK 51, PAGES 64 AND 65 OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.

Said action was commenced on March 3, 2022, in the above-named court by the United States of America, plaintiff, against Shalom Ifrah and Gal Yifrach. Said action is now pending.

The object of plaintiff's action is the criminal prosecution of Shalom Ifrah and Gal Yifrach and the criminal forfeiture of the above-referenced real property to the United States pursuant to 18 U.S.C. §§ 981(a)(1)(C), 982 (a)(1), 18 U.S.C. § 1955(d) and 28 U.S.C. § 2461(c).  Shalom S. Ifrah and Gal Yifrach are the recorded owners of the above real property.

If the plaintiff's action is successful, title to the subject property will vest in the United States pursuant to 18 U.S.C. §§ 981(a)(1)(C), 982 (a)(1), 18 U.S.C. § 1955(d) and 28 U.S.C. § 2461(c).

Dated: 3/3/2022

PHILLIP A. TALBERT  
United States Attorney

By: /s/ Kevin C. Khasigian  
KEVIN C. KHASIGIAN  
Assistant U.S. Attorney

## ACKNOWLEDGMENT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California         )
                            )
County of Sacramento        )

On 3/3/2022, before me, Tammy Teglia, Notary Public, personally appeared Kevin C. Khasigian, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature /s/ Tammy Teglia

TAMMY TEGLIA  
Notary Public - California  
Sacramento County  
Commission # 2266203  
My Comm. Expires Dec 5, 2022

2

**CERTIFICATE OF SERVICE BY CERTIFIED MAIL**

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Eastern District of California and is a person of such age and discretion to be competent to serve papers.

That on __3/4/2022__, she served a copy of the **Lis Pendens Notice of Pending Action** by placing said copy in a postpaid envelope addressed via certified mail to the persons hereinafter named, at the places and addresses stated below, which are the last known addresses, and by depositing said envelope and contents in the United States Mail at Sacramento, California, and/or caused the documents to be personally served.

Addressee(s):

**CERTIFIED MAIL:**

Shalom S. Ifrah & Gal Yifrach
806 N. Genesee Ave.
Los Angeles, CA  90046

Shalom S. Ifrah
c/o Sandra R. Brown
Hochman Salkin Toscher Perez P.C.
9150 Wilshire Blvd # 300
Beverly Hills, CA 90212

Gal Yifrach
c/o Stephen J. Fisch
Shevin Law Group
15260 Ventura Blvd Ste. 1400
Sherman Oaks, CA 91403-5348

_____
Kendra Ford

3