PHILLIP A. TALBERT
United States Attorney
MIRIAM R. HINMAN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:22-CR-0046-TLN |
|---|---|
| Plaintiff, | STIPULATION REGARDING ARRAIGNMENT DATE; ORDER |
| v. | |
| GAL YIFRACH, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. The defendant made his out-of-district initial appearance in the Central District of California on March 9, 2022, and was ordered detained and transported forthwith to the Eastern District of California.

2. The orders issued in the Central District of California leave some ambiguity about when the defendant should have his first appearance in the Eastern District of California. They state a hearing date of March 16, 2022, at 2 p.m. before Judge Barnes, which is the date ordered for arraignment of co-defendants who were released. However, they also order counsel to confer about the status of the defendant's transportation to the Eastern District of California for his appearance.

3. By this stipulation, the parties request that this Court order the defendant's initial

STIPULATION TO SET ARRAIGNMENT DATE            1

1 appearance and arraignment in the Eastern District of California to occur upon his arrival in the Eastern
2 District of California, as is standard practice.
3      IT IS SO STIPULATED.

| Dated: March 15, 2022 | PHILLIP A. TALBERT<br>United States Attorney |
|---|---|
| | /s/ MIRIAM R. HINMAN<br>MIRIAM R. HINMAN<br>Assistant United States Attorney |
| Dated: March 15, 2022 | /s/ DAVID W. DRATMAN<br>DAVID W. DRATMAN<br>Counsel for Defendant<br>Gal Yifrach |

**ORDER**

IT IS SO ORDERED

Dated: March 16, 2022

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE