1  PHILLIP A. TALBERT
   United States Attorney
2  MIRIAM R. HINMAN
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone:  (916) 554-2700
   Facsimile:   (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8                  IN THE UNITED STATES DISTRICT COURT

9                  EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,              CASE NO.  2:22-CR-0046-TLN

12                        Plaintiff,      STIPULATION REGARDING ARRAIGNMENT
                                          DATE; ORDER
13            v.

14 GAL YIFRACH,

15                        Defendant.

16

17                              **STIPULATION**

18          Plaintiff United States of America, by and through its counsel of record, and defendant, by and

19 through defendant's counsel of record, hereby stipulate as follows:

20          1.      The defendant made his out-of-district initial appearance in the Central District of

21 California on March 9, 2022, and was ordered detained and transported forthwith to the Eastern District

22 of California.

23          2.      The orders issued in the Central District of California leave some ambiguity about when

24 the defendant should have his first appearance in the Eastern District of California.  They state a hearing

25 date of March 16, 2022, at 2 p.m. before Judge Barnes, which is the date ordered for arraignment of co-

26 defendants who were released.  However, they also order counsel to confer about the status of the

27 defendant's transportation to the Eastern District of California for his appearance.

28          3.      By this stipulation, the parties request that this Court order the defendant's initial

STIPULATION TO SET ARRAIGNMENT DATE                1

appearance and arraignment in the Eastern District of California to occur upon his arrival in the Eastern

District of California, as is standard practice.

IT IS SO STIPULATED.


Dated:  March 15, 2022                           PHILLIP A. TALBERT
                                                 United States Attorney


                                                 /s/ MIRIAM R. HINMAN
                                                 MIRIAM R. HINMAN
                                                 Assistant United States Attorney


Dated:  March 15, 2022                           /s/ DAVID W. DRATMAN
                                                 DAVID W. DRATMAN
                                                 Counsel for Defendant
                                                 Gal Yifrach


**ORDER**

IT IS SO ORDERED

Dated:  March 16, 2022


DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE