UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**

April 04, 2022

CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

                    Plaintiff,

          v.

 GAL YIFRACH,

                    Defendant.

Case No.  2:22-cr-00046-WBS-1

**ORDER FOR RELEASE OF
PERSON IN CUSTODY**

TO:    UNITED STATES MARSHAL:

          This is to authorize and direct you to release   GAL YIFRACH , Case No.

2:22-cr-00046-WBS-1, Charge 18 USC § 1956 (h), from custody for the following

reasons: for the following reasons:

          _____    Release on Personal Recognizance

          X    Bail Posted in the Sum of $   **$50,000 secured by Carolina Valencia-Diaz**

          X    Unsecured Appearance Bond $   **$50,000, co-signed by Yakoc Cohen**

          _____    Appearance Bond with 10% Deposit

          _____    Appearance Bond with Surety

          _____    Corporate Surety Bail Bond

          X    (Other): **The defendant's release is delayed until April 05, 2022, at 9:00 AM**

          Issued at Sacramento, California on April 04, 2022, at 2:00 PM.

Dated:  April 4, 2022

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE