DAVID W. DRATMAN
Attorney at Law
State Bar No. 78764
601 University Avenue, Suite 145
Sacramento, CA 95825-6738
Telephone: (916) 443-2000
Facsimile:  (916) 443-0989
Email: dwdratman@aol.com

Attorney for Defendant
GAL YIFRACH

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>                    v.<br><br>GAL YIFRACH, et al.,<br><br>                              Defendants. | CASE NO.  2:22-CR-00046 WBS<br><br>STIPULATION CONTINUING STATUS CONFERENCE TO NOVEMBER 21, 2022, AT 9:00 A.M. AND FOR EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT AND ORDER |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendants, by and through their counsel of record, hereby stipulate as follows:

1.      By previous order, this matter was set for a status conference before this Court on August 15, 2022.

2.      By this stipulation, the defendants now move to continue this status conference and set a status conference for November 21, 2022 at 9:00 a.m., and to exclude time between August 15, 2022, and November 21, 2022, at 9:00 a.m., under Local Code T4.

3.      The parties agree and stipulate, and request that the Court find the following:

a)      The government has produced 142,689 pages of numbered discovery to defendants, which includes copies of documents and recordings; and, the government is in the process of reviewing additional materials for production in discovery consisting of a number of

electronic devices seized including phones, laptops and various external storage devices, as well as email accounts.

b)      Counsel for each defendant desires additional time to familiarize themselves with the case and review the voluminous discovery, discuss the case with their respective clients and the attorney for the United States, and otherwise prepare for trial.

c)      Counsel for the defendants believes that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d)      The government does not object to the continuance.

e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of August 15, 2022, to November 21, 2022, at 9:00 a.m., inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at the defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

///
///
///
///
///
///
///
///
///
///

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1   4.  Nothing in this stipulation and order shall preclude a finding that other provisions of the

2 Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

3 must commence.

4   IT IS SO STIPULATED.

5 Dated:  July 27, 2022         PHILLIP A. TALBERT
                    United States Attorney

6

7                 /s/ ROGER YANG
                 ROGER YANG

8                 Assistant United States Attorney

9   IT IS SO STIPULATED BY ALL DEFENDANTS.

10 Dated:  July 27, 2022       /s/ DAVID W. DRATMAN

11                DAVID W. DRATMAN
                Counsel for Defendant GAL YIFRACH

12

13 Dated:  July 27, 2022       /s/ MALCOLM S. SEGAL

14                MALCOLM S. SEGAL
                Counsel for Defendant

15                SCHNEUR ZALMAN GETZEL ROSENFELD

16

17 Dated:  July 27, 2022       /s/ DAVID E. KENNER

18                DAVID E. KENNER
                Counsel for Defendant

19                SHALOM IFRACH

20 Dated:  July 27, 2022       /s/ VICTOR SHERMAN

21                VICTOR SHERMAN
                Counsel for Defendant

22                NICK SHKOLNIK

23             **ORDER**

24   IT IS SO FOUND AND ORDERED.

25   Dated:  July 29, 2022

26                WILLIAM B. SHUBB

27                UNITED STATES DISTRICT JUDGE

28