DAVID W. DRATMAN
Attorney at Law
State Bar No. 78764
601 University Avenue, Suite 145
Sacramento, CA 95825-6738
Telephone: (916) 443-2000
Facsimile:  (916) 443-0989
Email: dwdratman@aol.com

Attorney for Defendant
GAL YIFRACH

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>GAL YIFRACH, et al.,<br><br>　　　　　　Defendants. | CASE NO.  2:22-CR-00046 WBS<br><br>STIPULATION TO ALLOW DEFENDANT GAL YIFRACH TO TRAVEL TO AND FROM LAS VEGAS, NEVADA; DECLARATION OF DAVID W. DRATMAN; EXHIBITS A AND B; AND [~~PROPOSED~~] ORDER |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, Roger Yang; and defendant, Gal Yifrach, by and through his counsel of record, David W. Dratman with the concurrence of Darryl Walker, Supervisory Pretrial Services Officer, hereby stipulate that defendant Gal Yifrach may be away from his residence and not subject to electronic monitoring or curfew restrictions between the dates of December 8, 2021 and December 21, 2021, as follows:

1. Mr. Yifrach is allowed to be away from his residence for the purposes of participating in the WPT World Poker Championship in Las Vegas, Nevada from December 8, 2022 at 6:00 a.m. and must return home no later than December 21, 2022 at 10:00 p.m.  If Mr. Yifrach is eliminated from the tournament earlier than December 21. 2022, then he MUST return to his residence in the Central District of California and contact his assigned Pretrial Services Officer as soon as possible and no later than within 12 hours.

2. Mr. Yifrach shall be permitted to travel by vehicle to and from and stay in Las Vegas Nevada

at the Wynn and Encore La Vegas between and during December 8 through December 21, 2022, or his elimination from the tournament, whichever is earlier.

3. Mr. Yifrach will not be subject to electronic monitoring or curfew between December 8 through December 21, 2022, or his elimination from the tournament, whichever is earlier.

IT IS SO STIPULATED.

Dated: November 30, 2022

PHILLIP A. TALBERT
United States Attorney

/s/ ROGER YANG
ROGER YANG
Assistant United States Attorney

IT IS SO STIPULATED.

Dated: November 30, 2022

/s/ DAVID W. DRATMAN
DAVID W. DRATMAN
Counsel for Defendant GAL YIFRACH

[~~PROPOSED~~] ORDER

IT IS SO FOUND AND ORDERED this 1st day of December, 2022.

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE