DAVID W. DRATMAN
Attorney at Law
State Bar No. 78764
601 University Avenue, Suite 145
Sacramento, CA 95825-6738
Telephone: (916) 443-2000
Facsimile:  (916) 443-0989
Email: dwdratman@aol.com

Attorney for Defendant
GAL YIFRACH

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　　v.<br><br>GAL YIFRACH, et al.,<br><br>　　　　　　　Defendants. | CASE NO.  2:22-CR-00046 WBS<br><br>STIPULATION TO ALLOW DEFENDANT GAL YIFRACH TO TRAVEL TO NEW YORK AND TO FLORIDA; DECLARATION OF DAVID W. DRATMAN; EXHIBITS A THROUGH E; AND ORDER |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, Roger Yang; and defendant, Gal Yifrach, by and through his counsel of record, David W. Dratman with the concurrence of Darryl Walker, Supervisory Pretrial Services Officer, hereby stipulate that defendant Gal Yifrach may be away from his residence and not subject to electronic monitoring or curfew restrictions between the dates of January 12, 2023 and January 26, 2023, as follows:

1. Mr. Yifrach is allowed to be away from his residence for the purpose of participating in a Jewish Chabad Event in Brooklyn, New York between January 12, 2023 and January 16, 2023.

2. Mr. Yifrach is allowed to be away from his residence for the purposes of participating in the Lucky Hearts Poker Open in Hollywood, Florida from January 16, 2023 to return home no later than January 26, 2023 at 11:30 p.m. and to contact his assigned Pretrial Services Officer as soon as possible thereafter and no later than within 12 hours.

IT IS SO STIPULATED.

Dated:  January 5, 2023

PHILLIP A. TALBERT
United States Attorney

/s/ ROGER YANG
ROGER YANG
Assistant United States Attorney

IT IS SO STIPULATED.

Dated:  January 5, 2023

/s/ DAVID W. DRATMAN
DAVID W. DRATMAN
Counsel for Defendant GAL YIFRACH

**ORDER**

IT IS SO FOUND AND ORDERED.

Dated:  January 6, 2023

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE