DAVID W. DRATMAN
Attorney at Law
State Bar No. 78764
601 University Avenue, Suite 145
Sacramento, CA 95825-6738
Telephone: (916) 443-2000
Facsimile:  (916) 443-0989
Email: dwdratman@aol.com

Attorney for Defendant
GAL YIFRACH

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO.  2:22-CR-00046-01 WBS |
|---|---|
| Plaintiff, | **DEFENDANT GAL YIFRACH'S WAIVER OF APPEARANCE AND ORDER** |
| v. | |
| GAL YIFRACH, et al., | |
| Defendants. | |

Defendant Gal Yifrach hereby waives the right to be present in person in open court upon the hearing of any motion or other proceeding in this case, including when the case is set for trial, when a continuance is ordered, when time is excluded under the Speedy Trial Act, and when any other action is taken by the Court before or after trial, except upon arraignment, plea, impaneling of jury and imposition of sentence.

Defendant hereby requests the Court to proceed during every absence of his which the Court may permit pursuant to this waiver; agrees that his interests will be deemed represented at all times by the presence of his attorney, the same as if defendant were personally present; and,

//
//
//
//

further agrees to be present in person in court ready for trial on any day which the Court may fix in his absence.

Dated: January 27, 2023   /s/ Gal Yifrach_____
GAL YIFRACH
Defendant

Dated: January 27, 2023   /s/ David W. Dratman_____
DAVID W. DRATMAN
Attorney for Defendant
GAL YIFRACH

**ORDER**

IT IS SO ORDERED.

Dated: February 1, 2023

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE