DAVID W. DRATMAN
Attorney at Law
State Bar No. 78764
601 University Avenue, Suite 145
Sacramento, CA 95825-6738
Telephone: (916) 443-2000
Facsimile:  (916) 443-0989
Email: dwdratman@aol.com

Attorney for Defendant
GAL YIFRACH

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>GAL YIFRACH, et al.,<br><br>        Defendants. | CASE NO.  2:22-CR-00046 WBS<br><br>STIPULATION TO ALLOW DEFENDANT GAL YIFRACH TO TRAVEL TO AND FROM LAS VEGAS, NEVADA; DECLARATION OF DAVID W. DRATMAN; EXHIBITS A AND B; AND ORDER |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, Roger Yang; and defendant, Gal Yifrach, by and through his counsel of record, David W. Dratman with the concurrence of Darryl Walker, Supervisory Pretrial Services Officer, hereby stipulate that defendant Gal Yifrach may be away from his residence and not subject to electronic monitoring or curfew restrictions between the dates of February 23, 2023 and February 27, 2023; and, between March 3, 2023 and March 20, 2023, as follows:

1. Mr. Yifrach is allowed to be away from his residence for the purposes of participating in the Wynn Millions Poker Series in Las Vegas, Nevada (See Exhibit A) between these dates: February 23, 2023 at 7:00 a.m. and must return home no later than February 27, 2023 at 10:00 p.m.; and, March 3, 2023 at 7:00 a.m. and must return home no later than March 20, 2023 at 10:00 p.m.  Mr. Yifrach must contact his assigned Pretrial Services Officer in the Central District of California no later than within 12 hours of his return to his home.

2. Mr. Yifrach shall be permitted to travel by vehicle to and from and stay in Las Vegas Nevada at the Wynn/Encore Las Vegas between and during February 23, 2023 through February 27, 2023; and, between and during March 3, 2023 and March 20, 2023 (See Exhibit B).

3. Mr. Yifrach will not be subject to electronic monitoring or curfew between and during February 23, 2023 through February 27, 2023; and, between and during March 3, 2023 and March 20, 2023

IT IS SO STIPULATED.

Dated: February 13, 2023

PHILLIP A. TALBERT
United States Attorney

/s/ ROGER YANG
ROGER YANG
Assistant United States Attorney

IT IS SO STIPULATED.

Dated: February 13, 2023

/s/ DAVID W. DRATMAN
DAVID W. DRATMAN
Counsel for Defendant GAL YIFRACH

**ORDER**

IT IS SO FOUND AND ORDERED

Dated: February 14, 2023

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE