DAVID W. DRATMAN
Attorney at Law
State Bar No. 78764
601 University Avenue, Suite 145
Sacramento, California  95825-6738
Telephone: (916) 443-2000
Facsimile:  (916) 443-0989
Email: dwdratman@aol.com

Attorney for Defendant
GAL YIFRACH

## IN THE UNITED STATES DISTRICT COURT FOR THE

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          v.<br><br>GAL YIFRACH, et al.,<br><br>                    Defendants. | CASE NO.  2:22-CR-00046 WBS<br><br>**STIPULATION AND [PROPOSED]<br>ORDER TO AMEND SPECIAL<br>CONDITIONS OF RELEASE** |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States Attorney, through Roger Yang, Assistant United States Attorney, attorney for Plaintiff, and David W. Dratman, attorney for defendant Gal Yifrach, with the concurrence of the Pretrial Services Agency, that the defendant be subject to the conditions in the attached First Amended Special Conditions of Release, which deletes Special Conditions of Release 11

//

//

//

STIPULATION AND [PROPOSED] ORDER TO AMEND SPECIAL CONDITIONS OF RELEASE

1    and 12, relating to electronic monitoring and curfew.

2        **IT IS SO STIPULATED.**

3                                  Respectfully submitted,

4

5    Dated:  May 23, 2023             /s/ DAVID W. DRATMAN

6                                  DAVID W. DRATMAN
                                   Attorney for Defendant

7                                  GAL YIFRACH

8    Dated:  May 23, 2023             PHILLIP A. TALBERT

9                                  United States Attorney

10

11                                 /s/ Roger Yang

12                                 Roger Yang
                                   Assistant United States Attorney

13

14                         **ORDER**

15

16       **IT IS SO ORDERED.**

17   Dated:  May 23, 2023

18                                 HON. JEREMY D. PETERSON
                                   Unites States Magistrate Judge

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER TO AMEND SPECIAL CONDITIONS OF RELEASE