DAVID W. DRATMAN
Attorney at Law
State Bar No. 78764
601 University Avenue, Suite 145
Sacramento, CA 95825-6738
Telephone: (916) 443-2000
Facsimile:  (916) 443-0989
Email: dwdratman@aol.com

Attorney for Defendant
GAL YIFRACH

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          v.<br><br>GAL YIFRACH, et al.,<br><br>                    Defendants. | CASE NO.  2:22-CR-00046 WBS<br><br>STIPULATION CONTINUING STATUS CONFERENCE TO MARCH 4, 2024, AT 9:00 A.M. AND FOR EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT AND ORDER |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendants, by and through their counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a status conference before this Court on January 8, 2024.

2. By this stipulation, the defendants now move to continue this status conference and set a status conference for March 4, 2024 at 9:00 am, and to exclude time between January 8, 2024, and March 4, 2024 under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

  a) The government has produced 142,689 pages of numbered discovery to defendants, which includes copies of documents and recordings; and, the government has provided additional materials for production in discovery consisting of a number of electronic

devices seized including phones, laptops and various external storage devices, as well as email accounts.

      b)    Counsel for each defendant desires additional time to familiarize themselves with the case and review the voluminous discovery, discuss the case with their respective clients and the attorney for the United States, and otherwise prepare for trial.

      c)    Counsel for the defendants believes that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence; and, their respective litigation commitments.

      d)    The government does not object to the continuance.

      e)    Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

      f)    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of January 8, 2024, to March 4, 2024, at 9:00 a.m., inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at the defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: January 2, 2024                      PHILLIP A. TALBERT
                                              United States Attorney

                                              /s/ ROGER YANG
                                              ROGER YANG
                                              Assistant United States Attorney

IT IS SO STIPULATED BY ALL DEFENDANTS.

Dated:  January 2, 2024  /s/ DAVID W. DRATMAN
DAVID W. DRATMAN
Counsel for Defendant GAL YIFRACH

Dated:  January 2, 2024  /s/ MALCOLM S. SEGAL
MALCOLM S. SEGAL
Counsel for Defendant
SCHNEUR ZALMAN GETZEL ROSENFELD

Dated:  January 2, 2024  /s/ DAVID E. KENNER
DAVID E. KENNER
Counsel for Defendant
SHALOM IFRACH

Dated: January 2, 2024  /s/ VICTOR SHERMAN
VICTOR SHERMAN
Counsel for Defendant
NICK SHKOLNIK

APPROVED AND SO ORDERED:

Dated:  January 2, 2024

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT