DAVID W. DRATMAN
Attorney at Law
State Bar No. 78764
601 University Avenue, Suite 145
Sacramento, CA 95825-6738
Telephone: (916) 443-2000
Facsimile:  (916) 443-0989
Email: dwdratman@aol.com

Attorney for Defendant
GAL YIFRACH

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  v.<br><br>GAL YIFRACH, et al.,<br><br>        Defendants. | CASE NO.  2:22-CR-00046 WBS<br><br>STIPULATION CONTINUING STATUS CONFERENCE TO JUNE 24, 2024, AT 9:00 A.M. AND FOR EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT AND ORDER |

**STIPULATION**

  Plaintiff United States of America, by and through its counsel of record, and defendants, by and through their counsel of record, hereby stipulate as follows:

  1. By previous order, this matter was set for a status conference before this Court on March 4, 2024.

  2. By this stipulation, the defendants now move to continue this status conference and set a status conference for **June 24, 2024 at 9:00 a.m.**, and to exclude time between March 4, 2024, and June 24, 2024 under Local Code T4.

  3. The parties agree and stipulate, and request that the Court find the following:

    a) The government has produced 142,689 pages of numbered discovery to defendants, which includes copies of documents and recordings; and, the government has provided additional materials for production in discovery consisting of a number of electronic

1  devices seized including phones, laptops and various external storage devices, as well as email
2  accounts.

3         b)     Counsel for each defendant desires additional time to familiarize themselves with
4  the case and review the voluminous discovery, discuss the case with their respective clients and
5  the attorney for the United States, and otherwise prepare for trial, which includes consulting with
6  one or more forensic experts.

7         c)     Counsel for the defendants believes that failure to grant the above-requested
8  continuance would deny them the reasonable time necessary for effective preparation, taking into
9  account the exercise of due diligence; and, their respective litigation commitments.

10         d)     The government does not object to the continuance.

11         e)     Based on the above-stated findings, the ends of justice served by continuing the
12  case as requested outweigh the interest of the public and the defendants in a trial within the
13  original date prescribed by the Speedy Trial Act.

14         f)     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,
15  et seq., within which trial must commence, the time period of March 4, 2024, to June 24, 2024,
16  at 9:00 a.m., inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv)
17  [Local Code T4] because it results from a continuance granted by the Court at the defendants'
18  request on the basis of the Court's finding that the ends of justice served by taking such action
19  outweigh the best interest of the public and the defendants in a speedy trial.

20  4.     Nothing in this stipulation and order shall preclude a finding that other provisions of the
21  Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial
22  must commence.

23  IT IS SO STIPULATED.

24  Dated:  February 27, 2024                         PHILLIP A. TALBERT
                                                     United States Attorney
25
26                                          /s/ ROGER YANG
27
28

```
                                      ROGER YANG
                                      Assistant United States Attorney
```

IT IS SO STIPULATED BY ALL DEFENDANTS.

Dated:  February 27, 2024                /s/ DAVID W. DRATMAN
                                                     DAVID W. DRATMAN
                                                     Counsel for Defendant GAL YIFRACH

Dated:  February 27, 2024                /s/ MALCOLM S. SEGAL
                                                     MALCOLM S. SEGAL
                                                   Counsel for Defendant
                                                   SCHNEUR ZALMAN GETZEL ROSENFELD

Dated:  February 27, 2024                /s/ DAVID E. KENNER
                                                   DAVID E. KENNER
                                                 Counsel for Defendant
                                                 SHALOM IFRACH

Dated: February 27, 2024                 /s/ VICTOR SHERMAN
                                                   VICTOR SHERMAN
                                                 Counsel for Defendant
                                                 NICK SHKOLNIK

**ORDER**

IT IS SO FOUND AND ORDERED.

Dated:  February 27, 2024                *[signature]*
                                                 WILLIAM B. SHUBB
                                                 UNITED STATES DISTRICT JUDGE