DAVID W. DRATMAN
Attorney at Law
State Bar No. 78764
601 University Avenue, Suite 145
Sacramento, CA 95825-6738
Telephone: (916) 443-2000
Facsimile:  (916) 443-0989
Email: dwdratman@aol.com

Attorney for Defendant
GAL YIFRACH

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>GAL YIFRACH, et al.,<br><br>　　　　　　　　　Defendants. | CASE NO.  2:22-CR-00046 WBS<br><br>STIPULATION CONTINUING STATUS CONFERENCE TO SEPTEMBER 9, 2024, AT 9:00 A.M. AND FOR EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT AND ORDER |

## STIPULATION

Plaintiff United States of America, by and through its counsel of record, and defendants, by and through their counsel of record, hereby stipulate as follows:

1.　By previous order, this matter was set for a status conference before this Court on June 24, 2024.

2.　By this stipulation, the defendants now move to continue this status conference and set a status conference for September 9, 2024, and to exclude time between June 24, 2024, and September 9, 2024 under Local Code T4.

3.　The parties agree and stipulate, and request that the Court find the following:

　　a)　The government has produced 142,689 pages of numbered discovery to defendants, which includes copies of documents and recordings; and, the government has provided additional materials for production in discovery consisting of a number of electronic

devices seized including phones, laptops and various external storage devices, as well as email accounts.

   b) Counsel for each defendant desires additional time to familiarize themselves with the case and review the voluminous discovery, discuss the case with their respective clients and the attorney for the United States, and otherwise prepare for trial, which includes consulting with one or more forensic experts, including a forensic accountant.

   c) Counsel for the defendants believes that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence; and, their respective litigation commitments.

   d) The government does not object to the continuance.

   e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

   f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of June 24, 2024, to September 9, 2024, at 9:00 a.m., inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at the defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

  4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

  IT IS SO STIPULATED.

Dated:  June 10, 2024         PHILLIP A. TALBERT
                 United States Attorney

                 /s/ ROGER YANG

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

ROGER YANG
Assistant United States Attorney

IT IS SO STIPULATED BY ALL DEFENDANTS.

Dated:  June 10, 2024              /s/ DAVID W. DRATMAN
                                   DAVID W. DRATMAN
                                   Counsel for Defendant GAL YIFRACH

Dated:  June 10, 2024              /s/ MALCOLM S. SEGAL
                                   MALCOLM S. SEGAL
                                   Counsel for Defendant
                                   SCHNEUR ZALMAN GETZEL ROSENFELD

Dated:  June 10, 2024              /s/ DAVID E. KENNER
                                   DAVID E. KENNER
                                   Counsel for Defendant
                                   SHALOM IFRACH

Dated: June 10, 2024               /s/ VICTOR SHERMAN
                                   VICTOR SHERMAN
                                   Counsel for Defendant
                                   NICK SHKOLNIK

**ORDER**

The request to continue the June 24, 2024 status conference is **DENIED**. At that conference, counsel shall be prepared to discuss whether the case as against defendant Rosenfeld will go forward on the Superseding Information filed March 19, 2024, or a second superseding information as discussed at the hearing on April 1, 2024, or on the original Indictment.

Dated:  June 11, 2024

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE