DAVID W. DRATMAN
Attorney at Law
State Bar No. 78764
601 University Avenue, Suite 145
Sacramento, CA 95825-6738
Telephone: (916) 443-2000
Facsimile:  (916) 443-0989
Email: dwdratman@aol.com

Attorney for Defendant
GAL YIFRACH

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>GAL YIFRACH, et al.,<br><br>    Defendants. | CASE NO.  2:22-CR-00046 WBS<br><br>STIPULATION CONTINUING STATUS CONFERENCE TO SEPTEMBER 9, 2024, AT 9:00 A.M. AND FOR EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT AND ORDER |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and remaining defendants, by and through their counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a status conference before this Court on Jun 24, 2024.

2. By this stipulation, the parties acknowledge that, at the status conference on June 24, 2034, the Court ordered, at defendants' request unopposed by the government, a status conference for September 9, 2024.  The parties hereby stipulate to an exclusion of time between Jun 24, 2024, and September 9, 2024 under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

    a) The government has produced 142,689 pages of numbered discovery to defendants, which includes copies of documents and recordings; and, the government has

provided additional materials for production in discovery consisting of a number of electronic devices seized including phones, laptops and various external storage devices, as well as email accounts. In addition, the government represented on June 24, 2024 that it was preparing to discover additional material relating to the seizure of items from defendant Gal Yifrach on July 23, 2023. The Court ordered that such discovery be delivered within 10 days of June 24, 2024.

       b)    Counsel for each defendant desires additional time to familiarize themselves with the case and review the voluminous discovery, including such discovery as may be produced by the government within 10 days of June 24, 2024, discuss the case with their respective clients and the attorney for the United States, and otherwise prepare for trial, which includes consulting with one or more forensic experts, including a forensic accountant.

       c)    Counsel for the defendants believes that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence; and, their respective litigation commitments.

       d)    The government does not object to the continuance.

       e)    On June 24, 2024, the Court ordered that defense counsel present a joint status conference statement to the Court on or before August 23, 2024.

       f)    Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

       g)    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of Jun 24, 2024, to September 9, 2024, at 9:00 a.m., inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at the defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: June 25, 2024
                           PHILLIP A. TALBERT
                           United States Attorney

                           /s/ ROGER YANG
                           ROGER YANG
                           Assistant United States Attorney

IT IS SO STIPULATED BY ALL DEFENDANTS.

Dated: June 25, 2024
                           /s/ DAVID W. DRATMAN
                           DAVID W. DRATMAN
                           Counsel for Defendant GAL YIFRACH

Dated: June 25, 2024
                           /s/ DAVID E. KENNER
                           DAVID E. KENNER
                           Counsel for Defendant
                           SHALOM IFRACH

Dated: June 25, 2024
                           /s/ VICTOR SHERMAN
                           VICTOR SHERMAN
                           Counsel for Defendant
                           NICK SHKOLNIK

**ORDER**

IT IS SO FOUND AND ORDERED.

Dated: June 26, 2024

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE