DAVID W. DRATMAN
Attorney at Law
State Bar No. 78764
601 University Avenue, Suite 145
Sacramento, CA 95825-6738
Telephone: (916) 443-2000
Facsimile:  (916) 443-0989
Email: dwdratman@aol.com

Attorney for Defendant
GAL YIFRACH

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>      v.<br><br>GAL YIFRACH and SHALOM IFRACH,<br><br>                    Defendants. | CASE NO.  2:22-CR-00046 WBS<br><br>STIPULATION CONTINUING STATUS CONFERENCE TO NOVEMBER 18, 2024, AT 10:00 A.M. AND FOR EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT AND ORDER |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and remaining defendants Gal Yifrach and Shalom Ifrach, by and through their counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a status conference before this Court on September 9, 2024.

2. By this stipulation, the parties stipulate that the status conference set for September 9, 2024 be continued to **November 18, 2024 at 10:00 a.m.**  The parties hereby stipulate to an exclusion of time between September 9, 2024, and November 18, 2024 under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

    a) The government has produced 143,264 pages of numbered discovery to defendants, which includes copies of documents and recordings; and, the government has

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

provided additional materials for production in discovery consisting of a number of electronic devices seized including phones, laptops and various external storage devices, as well as email accounts. In addition, the government has informed defendant Gal Yifrach of additional discovery that will be provided to him by the government in due course relating to allegations of potential post-Indictment conduct, which will need to be reviewed.

   b) Counsel for each defendant desires additional time to familiarize themselves with the case and review the voluminous discovery, discuss the case with their respective clients and the attorney for the United States, and otherwise prepare for trial, which includes consulting with one or more forensic experts, including a forensic accountant.

   c) Counsel for the defendants believes that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence; and, their respective litigation commitments.

   d) The government does not object to the continuance.

   e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

   f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of September 9, 2024, to November 18, 2024, at 10:00 a.m., inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at the defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

//

//

//

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

    IT IS SO STIPULATED.

Dated: September 4, 2024

    PHILLIP A. TALBERT
    United States Attorney

    /s/ ROGER YANG
    ROGER YANG
    Assistant United States Attorney

Dated: September 4, 2024

    /s/ DAVID W. DRATMAN
    DAVID W. DRATMAN
    Counsel for Defendant GAL YIFRACH

Dated: September 4, 2024

    /s/ DAVID E. KENNER
    DAVID E. KENNER
    Counsel for Defendant
    SHALOM IFRACH

**ORDER**

IT IS SO FOUND AND ORDERED.

Dated: September 6, 2024

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE