Kenner Law Firm
David Kenner, SBN 41425
16633 VENTURA BLVD., STE. 735
ENCINO, CA 91436
PHONE: (818) 995-1195
FAX: (818) 475-5369
EMAIL: DAVID@KENNERLAW.COM
*ATTORNEY FOR DEFENDANT*
*Shalom Ifrah*

Attorney for Defendant
   *Shalom Ifrah*

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>       v.<br><br>GAL YIFRACH, et al.,<br><br>                              Defendant. | CASE NO.  2:22-CR-00046 WBS<br><br>STIPULATION TO ALLOW DEFENDANTS GAL YIFRACH AND SHALOM IFRAH TO MODIFY A CONDITION OF RELEASE TO ALLOW THEM TO PAY REINSTAMENT QUOTE IN THE AMOUNT OF $204,095.05 |

## STIPULATION

   Plaintiff United States of America, by and through its counsel of record, and defendants, by and through their counsel of record, hereby stipulate as follows:

   1.   By previous order, Defendants Yifrach and Ifrah were released from custody pursuant to the Court ordered conditions of release.

   2.   By this stipulation, the defendant Yifrach and Ifrah now moves to modify the condition requiring that they not write a check in excess of $5,000.00 for this one occasion.

   3.   The parties agree and stipulate, and request that the Court finds the following:

      a)   The government has a pending forfeiture action for, amongst others, the real property 807 N Genesee Avenue Los Angeles California 90046.

      b)   There is now due and owing a Reinstatement Quote in the amount of $204,095.05

      c)      Because of the Reinstatement Quote, Flagstar, the holder of the mortgage, has instituted foreclosure proceedings.

      d)      Defendant and the Government both desire that the foreclosure proceedings be terminated to preserve the property for the prevailing party in the forfeiture proceedings.

      e)      Based on the above the Government and Defendant Ifrah stipulate that Ifrah be permitted to make this onetime payment more than $5,000.00.

///

IT IS SO STIPULATED.

Dated: February 14, 2025              MICHELE BECKWITH
                                                   United States Attorney

                                                 /s/ ROGER YANG
                                                 ROGER YANG
                                                 Assistant United States Attorney

Dated: February 14, 2025              /s/ KEVIN KHASIGIAN
                                                 KEVIN KHASIGIAN
                                                 Assistant United States Attorney

Dated: February 14, 2025              /s/ HEIKO PHILLIPP COPPOLA
                                                 HEIKO PHILLIPP COPPOLA
                                                 Assistant United States Attorney

IT IS SO STIPULATED BY ALL DEFENDANTS.

Dated: February 14, 2025              /s/ DAVID W. DRATMAN
                                                 DAVID W. DRATMAN
                                                 Counsel for Defendant GAL YIFRACH

Dated: February 14, 2025              /s/ DAVID E. KENNER
                                                 DAVID E. KENNER
                                                 Counsel for Defendant
                                                 SHALOM IFRAH

**[~~PROPOSED~~] ORDER**

IT IS SO FOUND AND ORDERED this 14th day of February, 2025.

_____
U.S. MAGISTRIGHT JUDGE
SEAN C. RIORDAN