DAVID W. DRATMAN
Attorney at Law
State Bar No. 78764
601 University Avenue, Suite 145
Sacramento, CA 95825-6738
Telephone: (916) 443-2000
Facsimile:  (916) 443-0989
Email: dwdratman@aol.com

Attorney for Defendant
GAL YIFRACH

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                                   Plaintiff,<br><br>                         v.<br><br>GAL YIFRACH, et al.,<br><br>                                   Defendants. | CASE NO.  2:22-CR-00046 WBS<br><br>STIPULATION CONTINUING STATUS CONFERENCE TO NOVEMBER 17, 2025 AT 10:00 A.M. AND FOR EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT AND ORDER |

### STIPULATION

Plaintiff United States of America, by and through its counsel of record, and remaining defendants, by and through their counsel of record, hereby stipulate as follows:

1.      By previous order, this matter was set for a status conference before this Court on September 15, 2025.

2.      By this stipulation, the parties stipulate that the status conference set for September 15, 2025 be continued to **November 17, 2025 at 10:00 a.m.**  The parties hereby stipulate to an exclusion of time between September 15, 2025, and November 17, 2025 under Local Code T4.

3.      The parties agree and stipulate, and request that the Court find the following:

        a)      The government has produced 143,264 pages of numbered discovery to defendants Yifrach and Ifrach, which includes copies of documents and recordings; and, the government has provided additional materials for production in discovery consisting of a number

of electronic devices seized including phones, laptops and various external storage devices, as well as email accounts.

b)      On January 16, 2025, the grand jury returned a superseding indictment, enlarging the dates of conduct alleged in Count One and charging defendants Phuoc Tran and Jesus Cisneros-Sanchez.   The undersigned are informed that the government has provided the voluminous discovery listed in paragraph 3a above to the attorneys for each of these defendants, who are continuing to review these materials and require additional time to do so.  The undersigned are informed that Mr. Tran requires a Vietnamese interpreter.  However, Mr. Reichel, who represents Mr. Phan has filed a Waiver of Appearance and will appear for Mr. Phan on November 17, 2025 without needing a Vietnamese interpreter to be present pursuant to the authorization in the waiver of Appearance.

c)      Both defendants Yifrach and Ifrah were arraigned on the superseding indictment on March 13, 2025 and additional discovery was provided by the government, which is in the process of being reviewed.  Counsel for defendant Yifrach represents that he was engaged in a lengthy jury trial in Placer County California that concluded in late July 2025 and requires additional time to meet with his client and to review the discovery in this matter.

d)      Counsel for each defendant desires additional time to familiarize themselves with the case and review the voluminous discovery already received and expected to be produced, discuss the case with their respective clients and the attorney for the United States, and otherwise prepare for trial, which includes consulting with one or more forensic experts, including a forensic accountant.

e)      Counsel for the defendants believes that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence; and, their respective litigation commitments.

f)      The government does not object to the continuance.

g)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

1    h)    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,

2    et seq., within which trial must commence, the time period of September 15, 2025, to November

3    17, 2025, at 10:00 a.m., inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A),

4    B(iv) [Local Code T4] because it results from a continuance granted by the Court at the

5    defendants' request on the basis of the Court's finding that the ends of justice served by taking

6    such action outweigh the best interest of the public and the defendants in a speedy trial.

7    4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the

8    Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

9    must commence.

10    IT IS SO STIPULATED.

11    Dated:  September 10, 2025              ERIC GRANT
                                            United States Attorney

12

13                                           /s/ HEIKO P. COPPOLA
                                            HEIKO P. COPPOLA
                                            Assistant United States Attorney

14
                                            /s/ ROGER YANG
15                                          ROGER YANG
                                            Assistant United States Attorney
16

17    Dated:  September 10, 2025            s/ DAVID W. DRATMAN
                                            DAVID W. DRATMAN
18                                          Counsel for Defendant GAL YIFRACH

19    Dated:  September 10, 2025             /s/ DAVID E. KENNER
                                            DAVID E. KENNER
20                                          Counsel for Defendant
21                                          SHALOM IFRACH

22    Dated:  September 10, 2025             /s/ MARK REICHEL
                                            MARK REICHEL
23                                          Counsel for Defendant
                                            PHUOC TRAN
24    Dated:  September 10, 2025             /s/ NICHOLAS F. REYES
                                            NICHOLAS F. REYES
25                                          Counsel for Defendant
26                                          JESUS CISNEROS-SANCHEZ

27

28

1

2
                                     **ORDER**

3
            IT IS SO FOUND AND ORDERED.

4
    Dated:  September 11, 2025

5
                                     WILLIAM B. SHUBB
6                                    UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28