ERIC GRANT
United States Attorney
ROGER YANG
HEIKO P. COPPOLA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:22-CR-00046 WBS |
|---|---|
| Plaintiff, | STIPULATION SETTING JURY TRIAL DATE, RULE 12 MOTIONS DEADLINE AND EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| GAL YIFRACH, ET.AL, | DATE: November 17, 2025 |
| Defendants. | TIME: 10:00 a.m. |
|  | COURT: Hon. William B. Shubb |

**STIPULATION**

1. By previous order, this matter was set for status on November 17, 2025.

2. By this stipulation, parties have agreed to set the above-entitled matter for a jury trial to begin on **November 10, 2026 at 9:00 a.m.** The parties expect the jury trial to last approximately two weeks. The parties have also agreed that a trial confirmation hearing shall be held on **October 5, 2026 at 10:00 a.m.** Any motions under Federal Rule of Criminal Procedure Rule 12 shall be filed no later than June 1, 2026. The parties also move to exclude time between November 17, 2025, and November 10, 2026, under Local Code T4 and vacate the status hearing on November 17, 2025.

3. The parties agree and stipulate, and request that the Court find the following:

   a) Discovery in this case is voluminous and consists of law enforcement reports, records, and documents, among other things. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

1      b)    Counsel for defendants desire additional time to continue their review of discovery provided, to consult with their clients, perform legal research, investigate and otherwise prepare for trial.

c)    Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d)    The government does not object to the continuance.

e)    Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f)    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of November 17, 2025 to November 10, 2026, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: November 12, 2025                    ERIC GRANT
United States Attorney

/s/ ROGER YANG
ROGER YANG
Assistant United States Attorney

Dated: November 12, 2025                    /s/ DAVID W. DRATMAN

|   |   |
|---|---|
|   | DAVID W. DRATMAN<br>Counsel for Defendant<br>GAL YIFRACH |
| Dated: November 12, 2025 | /s/ DAVID KENNER<br>DAVID KENNER<br>Counsel for Defendant<br>SHALOM IFRAH |
| Dated: November 12, 2025 | /s/ NICHOLAS F. REYES<br>NICHOLAS F. REYES<br>Counsel for Defendant<br>JESUS CISNEROS-SANCHEZ |
| Dated: November 12, 2025 | /s/ MARK REICHEL<br>MARK REICHEL<br>Counsel for Defendant<br>PHUOC TRAN |

**ORDER**

IT IS SO FOUND AND ORDERED.

Dated: November 13, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE