REICHEL LAW P.C.
Mark Reichel, SBN 155034
Attorney at Law
455 Capitol Mall 8th Floor
Sacramento, CA 95814
Telephone: (916) 548 7398

Email: mark@reichellaw.com
Attorney for Defendant
PHUOC TRAN

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO.  2:22-CR-00046 WBS |
|---|---|
| Plaintiff, | STIPULATION CONTINUING THE DATE FOR FILING OF MOTIONS |
| v. | |
| GAL YIFRACH, et al., | |
| Defendants. | |

**STIPULATION**

Defense counsel, as well as Plaintiff United States of America, by and through their counsel of record, and all remaining defendants, by and through their counsel of record, hereby stipulate as follows:

By previous order, the date for the filing of dispositive defense motions in the matter was set for filing on or before June 1, 2026.

By this stipulation, the parties stipulate that the defense motions may be filed on or before July 1, 2026. The parties can thereafter set a schedule for the opposition and hearing of any defense motions.

STIPULATION TO CONTINUE DATE FOR MOTION FILING

Time has previously been excluded through and to November 10, 2026 at Docket 238 and this stipulation will have no effect on that previous order.

IT IS SO STIPULATED.


Dated:  May 28, 2026

ERIC GRANT
United States Attorney

/s/ HEIKO P. COPPOLA
HEIKO P. COPPOLA
Assistant United States Attorney

/s/ ROGER YANG
ROGER YANG
Assistant United States Attorney

Dated:  May 28, 2026

s/ DAVID W. DRATMAN
DAVID W. DRATMAN
Counsel for Defendant GAL YIFRACH

Dated:  May 28, 2026

/s/ DAVID E. KENNER
DAVID E. KENNER
Counsel for Defendant
SHALOM IFRACH

Dated:  May 28, 2026

/s/ MARK REICHEL
MARK REICHEL
Counsel for Defendant
PHUOC TRAN

Dated: May 28, 2026

/s/ NICHOLAS F. REYES
NICHOLAS F. REYES
Counsel for Defendant
JESUS CISNEROS-SANCHEZ

**ORDER**

IT IS SO FOUND AND ORDERED.


Dated:  May 29, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

STIPULATION TO CONTINUE DATE FOR MOTION FILING