**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

**UNITED STATES OF AMERICA,**

Plaintiff,

v.

**GAL YIFRACH**

Defendant.

CR NO: 2:22-cr-00046 WBS

**APPLICATION FOR WRIT OF HABEAS CORPUS**

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus

☒ Ad Prosequendum ☐ Ad Testificandum

Name of Detainee: Gal Yifrach

Detained at: Adelanto Detention Center

Detainee is: a.) ☒ charged in this district by: ☒ Indictment ☐ Information ☐ Complaint
charging detainee with: 18 U.S.C. § 1955 (gambling) / 18 U.S.C. § 1956

or b.) ☐ a witness not otherwise available by ordinary process of the Court

Detainee will: a.) ☒ return to the custody of detaining facility upon termination of proceedings

or b.) ☐ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

***Appearance is necessary on September 28, 2026 in the Eastern District of California.***

Signature: /S/ ROGER YANG

Printed Name & Phone No: Roger Yang (916) 554-2715

Attorney of Record for: United States of America

**WRIT OF HABEAS CORPUS**

☒ Ad Prosequendum ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as any Federal Agent for this district, is hereby ORDERED to produce the named detainee on September 28, 2026, before the Honorable William B. Shubb, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated: September 17, 2026

Honorable Jeremy D. Peterson
U.S. MAGISTRATE JUDGE

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if | | ☒Male | ☐Female |
| Booking or CDC #: | J. Johnson, warden | DOB: | 11/08/1986 |
| Facility Address: | 10250 Rancho Road, Adelanto, CA 92301 | Race: | |
| Facility Phone: | (760) 561-6300 | FBI#: | 955043VC3 |
| Currently | | | |

**RETURN OF SERVICE**

Executed on: ____________ ____________

(signature)