**FILED**
October 5, 2026
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

GAL YIFRACH

Defendant.

Case No. 2:22-cr-00046-WBS

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release GAL YIFRACH, Case No. 2:22-cr-00045-WBS, 18 USC § 1956(h), from custody forthwith for the following reasons

____ Release on Personal Recognizance

X Bail Posted in the Sum of $ 50,000 secured by Carolina Valencia-Diaz

X Unsecured Appearance Bond $ 50,000.00 co-signed by Yakoc Cohen

____ Appearance Bond with 10% Deposit

____ Appearance Bond with Surety

____ Corporate Surety Bail Bond

x (Other). Oral order in open court on October 5, 2026.

Issued at Sacramento, California on October 5, 2026 at 10:00 AM.

Dated: October 5, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE