**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

**UNITED STATES OF AMERICA,**

Plaintiff,

v.

**GAL YIFRACH**

Defendant.

CR NO: 2:22-cr-0046 WBS-1

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus

☒ Ad Prosequendum ☐ Ad Testificandum

Name of Detainee: Gal Yifrach

Detained at California City Detention Facility

Detainee is: a.) ☒ charged in this district by: ☒ Indictment ☐ Information ☐ Complaint
charging detainee with: 18 U.S.C. § 1955 (gambling) 18 U.S.C. § 1956(h)

or b.) ☐ a witness not otherwise available by ordinary process of the Court

Detainee will: a.) ☒ return to the custody of detaining facility upon termination of proceedings

or b.) ☐ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

***Appearance is necessary on October 14, 2026 at 9:00 AM in the Eastern District of California.***

Signature: /s/ ROGER YANG

Printed Name & Phone No: Roger Yang (916) 554-2715

Attorney of Record for: United States of America

## WRIT OF HABEAS CORPUS

☒ Ad Prosequendum ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as any Federal Agent for this district, is hereby ORDERED to produce the named detainee, October 14, 2026 at 9:00 AM, before the Honorable William B. Shubb and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated: 10/13/2026

Carolyn K. Delaney

Honorable Carolyn K. Delaney
U.S. MAGISTRATE JUDGE

Please provide the following, if known:

AKA(s) (if

Booking or CDC #: C. Chestnut, warden

Facility Address: 22844 Virginia Blvd., California City, CA

Facility Phone: (760) 561-6300 zip: 93505

Currently

☒Male ☐Female

DOB: 11/08/1986

Race:

FBI#: 955043VC3

## RETURN OF SERVICE

Executed on: ____________________ ____________________

(signature)